1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
6  Attorneys for Plaintiffs MARSHALL LOSKOT
   and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7
8  KATHERINE S. CATLOS (State Bar No. 184227)
   KRISTEN M. PEZONE (State Bar No. 224057)
   LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
9  1 Sansome Street, Suite 1400
   San Francisco, CA 94104
10 Telephone:   415/362-2580
   Facsimile:   415/434-0882
11
12 Attorney for Defendants JAMES J. BERNARD
   and RAYNA G. BERNARD; and JAMES J.
   BERNARD INC., a California corporation
13 dba LA BARCA

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  MARSHALL LOSKOT, an individual; ) <br> and DISABILITY RIGHTS ) <br> ENFORCEMENT, EDUCATION ) <br> 18  SERVICES:HELPING YOU HELP ) <br> OTHERS, a California public benefit ) <br> 19  corporation, ) <br>     ) <br> 20      Plaintiffs, ) <br>     ) <br> 21  v. ) <br>     ) <br> 22  LA BARCA; JAMES J. BERNARD and ) <br> RAYNA G. BERNARD; and JAMES J. ) <br> 23  BERNARD INC., a California ) <br> corporation, ) <br> 24      ) <br>     Defendants. ) <br> 25  _____ ) | **CASE NO. C05-0454 JL** <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** <br><br> **ADR CERTIFICATION** |

26

27     The parties stipulate to participate in the following ADR process:

28  ///

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; ADR CERTIFICATION      1

**Court Processes:**

☐ Arbitration ☐ ENE ☒ Mediation

The parties further request, to the extent possible, assignment to a mediator with expertise in the area of disability access litigation and/or civil rights.

**Private Process:**

☐ Private ADR

Dated: May 16, 2005         THOMAS E. FRANKOVICH,
                            *A PROFESSIONAL LAW CORPORATION*


                            By: _____/s/_____
                                Julia M. Adams
                                Counsel for Plaintiffs, MARSHALL LOSKOT
                                and DISABILITY RIGHTS ENFORCEMENT,
                                EDUCATION SERVICES: HELPING YOU
                                HELP OTHERS

Dated: May 17, 2005         LEWIS, BRISBOIS, BISGAARD & SMITH LLP


                            By: _____/s/_____
                                Kristen M. Pezone
                                Attorneys for Defendants JAMES J. BERNARD
                                and RAYNA G. BERNARD; and JAMES J.
                                BERNARD INC., a California corporation
                                dba LA BARCA

IT IS SO ORDERED:




Dated: ___May 31_____, 2005    By:___/s/ James Larson_____
                                       Hon. James Larson
                                       United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; ADR CERTIFICATION     2

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certified that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(*Note: This Certification must be signed by each party and its counsel.*)

Dated: May 23, 2005 _____/s/_____
Marshall Loskot, Plaintiff

Dated: May 16, 2005 _____/s/_____
Patrick Connally, Executive Director
Disability Rights Enforcement, Education
Services: Helping You Help Others

Dated: May 16, 2005 _____/s/_____
Julia M. Adams
Attorney for Plaintiffs MARSHALL LOSKOT
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES:HELPING YOU
HELP OTHERS

Dated: May 16, 2005 _____/s/_____
James J. Bernard, Defendant

Dated: May 16, 2005 _____/s/_____
Rayna G. Bernard, Defendant

Dated: May 16, 2005 _____/s/_____
Agent of Defendant James J. Bernard, Inc.

Dated: May 17, 2005 _____/s/_____
Kristen M. Pezone
Attorneys for Defendants JAMES J. BERNARD
and RAYNA G. BERNARD; and JAMES J.
BERNARD INC., a California corporation
dba LA BARCA

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; ADR CERTIFICATION  3