1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  MARSHALL LOSKOT
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10

11
                       UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13

14  MARSHALL LOSKOT, an individual; and )   **CASE NO. C05-0454 JL**
    DISABILITY RIGHTS ENFORCEMENT, )
    EDUCATION, SERVICES:HELPING    )       **NOTICE OF SETTLEMENT**
15  YOU HELP OTHERS, a California public )
    benefit corporation,           )
16                                 )
        Plaintiffs,                )
17                                 )
    v.                             )
18                                 )
    LA BARCA; JAMES J. BERNARD and )
19  RAYNA G. BERNARD; and JAMES J. )
    BERNARD INC., a California corporation, )
20                                 )
        Defendants.                )
21  _____)

22

23  TO THE COURT AND ALL PARTIES OF INTEREST:

24      Notice is hereby given that the parties to the above-captioned matter have

25  agreed to settlement terms which fully resolve the claims herein.  The parties

26  respectfully request that all matters currently on calendar be vacated including the

27  further Case Management Conference on calendar for September 7, 2005.  The

28  ///

NOTICE OF SETTLEMENT                                     CV 05-0454 JL

1  parties anticipate that dismissal documents will be filed with the Court no later
2  than September 30, 2005.

3

4  DATED: August 30, 2005                    THOMAS E. FRANKOVICH
                                             *A PROFESSIONAL LAW CORPORATION*
5

6
                                             By:  /s/
7                                                 Julia M. Adams
                                             Attorneys for Plaintiffs MARSHALL LOSKOT
8                                            and DISABILITY RIGHTS, ENFORCEMENT,
                                             EDUCATION SERVICES
9

10 DATED: August 30, 2005                    LEWIS, BRISBOIS, BISGAARD & SMITH LLP

11

12                                           By:  /s/
                                                  Kristen M. Pezone
13                                           Attorneys for Defendants JAMES J. BERNARD
                                             and RAYNA G. BERNARD; and JAMES J.
14                                           BERNARD INC., a California corporation
                                             dba LA BARCA
15

16

17  September 1, 2005

*IT IS SO ORDERED*
Judge James Larson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA