1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
6  Attorneys for Plaintiffs
   MARSHALL LOSKOT
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>LA BARCA; JAMES J. BERNARD and RAYNA G. BERNARD; and JAMES J. BERNARD INC., a California corporation,<br><br>        Defendants. | CASE NO. C05-0454 JL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their counsel, and defendants LA BARCA; JAMES J. BERNARD and RAYNA G. BERNARD; and JAMES J. BERNARD INC., a California corporation, by and through their counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over

1  enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)
2  (empowering the district courts to retain jurisdiction over enforcement of settlement
3  agreements).
4      This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: October 4, 2005                THOMAS E. FRANKOVICH,
                                         *A PROFESSIONAL LAW CORPORATION*

9                                        By: _____/s/_____
                                              Julia M. Adams
10                                       Counsel for Plaintiffs, MARSHALL LOSKOT and
                                         DISABILITY RIGHTS ENFORCEMENT,
11                                       EDUCATION SERVICES: HELPING YOU HELP
                                         OTHERS

12 Dated: October 4, 2005                LEWIS, BRISBOIS, BISGAARD & SMITH LLP

15                                       By: _____/s/_____
                                              Kristen M. Pezone
                                         Attorneys for Defendants JAMES J. BERNARD
16                                       and RAYNA G. BERNARD; and JAMES J.
                                         BERNARD INC., a California corporation
17                                       dba LA BARCA

                                         **ORDER**

20     IT IS SO ORDERED.

21  Dated: __10/5/05_____, 2005

                                         _____
                                         Hon.
                                         United States

                                         *IT IS SO ORDERED*
                                         /s/ James Larson
                                         Judge James Larson
                                         (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)